IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

DEC 27 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
v. )
) Civil Action No 94-0507T
DOMENIC LOMBARDI, JR., a/k/a )
DOMENIC LOMBARDI, )
JOHN T. LOMBARDI, AND )
DONA LOMBARDI )
Defendant )
)

STIPULATION FOR COMPROMISE SETTLEMENT
OF THE GOVERNMENT'S MOTION FOR JUDICIAL SALE

Now come the plaintiff, the United States of America, ("the Government") and the defendant, Domenic Lombardi, Jr., by and through their respective attorneys, and stipulate and agree to the following resolution of the Government's Motion for Judicial Sale of the real property located at 163 New London Avenue in Warwick, Rhode Island:

1. The Government shall accept the sum of $100,000, to be paid within 90 days from entry of this stipulation, as payment for the share of Domenic Lombardi in said real property in lieu of the sale of said real property.

2. The $100,000 shall be applied toward the restitution imposed in the case of United States of America v. Domenic Lombardi, CR No. 92-019P.

3. Upon the receipt of said payment of $100,000, the Government shall release its liens on said real property and shall claim no further right, title, or interest in said real property as a result of the judgment imposed in the within matter

and United States of America v. Domenic Lombardi, CR No. 92-019P and United States of America v. Domenic Lombardi, CR No. 92-028T.

4. The payment of said $100,000 shall not release the defendant, Domenic Lombardi, Jr., from his liability to pay any remaining balance owed for fines and/or restitution in United States of America v. Domenic Lombardi, CR No. 92-019P and United States of America v. Domenic Lombardi, CR No. 92-028T.

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

[signature] AUSA for
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

DOMENIC LOMBARDI, JR.
Defendant

By his attorney,

[signature]
MICHAEL A. MOSCO, ESQ.
319 Hope Street, First Floor
Providence, RI 02906

ENTER:

Ernest C. Torres
ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
1/3/06